# EXHIBIT "A"

# DRUG DEAL
# LUCINDA DANIELS

## FILED UNDER SEAL

# SEPTEMBER 26, 2008