UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEXANDER GREEN, A UNITED STATES CONGRESSMAN<br>PLAINTIFF,<br><br>v.<br><br>LUCINDA DANIELS, AND JOHN DOE UNIDENTIFIED AND UNKNOWN CONSPIRATORS,<br>DEFENDANTS. | § § § § § § § § § § § | CIVIL ACTION NO: 4:08-cv-2869<br>(JURY DEMANDED) |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS AND FOR RETRIEVAL OF SEALED EXHIBIT "A"

TO THE HONORABLE U.S. DISTRICT COURT JUDGE:

I.

After Plaintiff Alexander Green filed this lawsuit, defendant Lucinda Daniels ("Daniels") informed Plaintiff, by and through Plaintiff's counsel, that she did not wish to go forward or be involved in any litigation. Without any promise or payment of money to Daniels by Plaintiff or anyone on behalf of Plaintiff, she agreed to dismiss and release any and all claims, matters or issues that she may ever have possessed, or thought she possessed, against Plaintiff, from the beginning of time to the present. Daniels has executed a written agreement to this effect. Accordingly, there appears to be no continuing case or controversy between defendant and Plaintiff and, therefore, Plaintiff now files this motion to dismiss.

II.

In addition to dismissing this action, Plaintiff requests that the Court permit Plaintiff's counsel to retrieve sealed Exhibit "A," which was originally filed with this Court with

Plaintiff's complaint. There being no need for continuing litigation, possession of Exhibit "A" in the court's file is unnecessary. Accordingly, Plaintiff attaches an appropriate order permitting this exhibit to be returned to Plaintiff by and through his counsel of record.

III.

Given the above, Plaintiff requests the court enter the attached order of dismissal and for retrieval of sealed exhibit.

Respectfully submitted,

THE HALL LAW FIRM

Benjamin L. Hall, III
State Bar No. 08743745
530 Lovett Boulevard
Houston, Texas 77006
(713) 942-9600 (Telephone)
(713) 942-9566 (Facsimile)
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2008, a true and correct copy of the above and forgoing was forwarded to all counsel of record via facsimile, certified mail, return receipt requested and/or hand delivery in accordance with Rule 21a, Tex. R. Civ. P.

Benjamin L. Hall, III

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEXANDER GREEN, A UNITED STATES CONGRESSMAN<br>PLAINTIFF,<br><br>v.<br><br>LUCINDA DANIELS, AND JOHN DOE UNIDENTIFIED AND UNKNOWN CONSPIRATORS,<br>DEFENDANTS. | CIVIL ACTION NO: 4:08-cv-2869<br>(JURY DEMANDED) |

## ORDER

Pending before the Court is Plaintiff Alexander Green's Unopposed Motion to Dismiss and for Retrieval of Sealed Exhibit "A." The court grants the motion and this case is dismissed from the Court's docket.

It is further **ORDERED** that Plaintiff's counsel, Benjamin L. Hall, III, with The Hall Law Firm, is authorized to retrieve, and the clerk of court is ordered to deliver to Mr. Hall, the previously sealed Exhibit "A" filed with Plaintiff's Original Complaint.

Done this _____ day of _____, 2008.

_____
JUDGE PRESIDING