UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED
NOV 2 6 2008
Michael N. Milby
Clerk of Court

| | |
|---|---|
| ALEXANDER GREEN § | |
| PLAINTIFF, § | |
| § | |
| VS. § | CIVIL ACTION NO: 4:08-cv-2869 |
| § | (JURY DEMANDED) |
| LUCINDA DANIELS, AND OTHER AS YET § | |
| UNIDENTIFIED AND UNKNOWN § | |
| CONSPIRATORS, § | |
| DEFENDANTS. § | |

## ANSWER ON BEHALF OF DEFENDANT LUCINDA DANIELS

TO THE HONORABLE U.S. DISTRICT COURT JUDGE:

COMES NOW Lucinda Daniels, by way of assignment of her claims to Plaintiff Alexander Green, and files this answer to the complaint filed by Alexander Green.

I.

Lucinda Daniels does not wish to be involved in any litigation with Plaintiff and has compromised and settled any disputes with Plaintiff. Accordingly, Daniels agrees with and does not oppose dismissal of this action because all matters have been compromised and settled.

Respectfully submitted,

THE FOLEY LAW FIRM

_____
Taft L. Foley, II
State Bar No. 24039890
4710 Bellaire Boulevard, Suite 175
Bellaire, Texas 77401
(832) 778-8182 (phone)
(832) 778-8353 (facsimile)
**ATTORNEYS FOR DEFENDANT LUCINDA DANIELS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2008 a true and correct copy of the foregoing was forwarded to all attorneys of record via facsimile and/or messenger and/or certified mail, return receipt requested.

_____
Taft L. Foley, II