UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Alexander Green, §<br>§<br>　　　　Plaintiff, §<br>§<br>versus §<br>§<br>Lucinda Daniels and others, §<br>§<br>　　　　Defendants. § | Civil Action 08-2869 |

## Final Dismissal

1. On Alexander Green's unopposed motion to dismiss, this case is dismissed.

2. Green may retrieve Exhibit A.

Signed on November 28, 2008, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge