| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Alexander Green, §
　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　§
versus　　　　　　　§　　　Civil Action H-08-2869
　　　　　　　　　　　§
Lucinda Daniels, et al., §
　　　　　　　　　　　§
　　　　Defendants. §

Receipt for Withdrawal of Exhibit

Exhibit A to the complaint was retrieved by _Kimmie R Bennett_, on behalf of Benjamin Hall, attorney for Alexander Green.

_____
(signature)

_12-03-08_
(date)